**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
XIAOQUAN CHEN,

                       Petitioner,                25 **CIVIL** 8350 (MKV)

        -against-                                   **JUDGMENT**

JUDITH ALMODOVAR, Acting Director of
the New York City Field Office of Immigration
and Customs Enforcement, KRISTI NOEM,
Secretary of the Department of Homeland
Security, and PAMELA BONDI, Attorney
General,

                       Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 4, 2025, the petitioner's Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241 is denied; accordingly, the case is closed.

**DATED:**  New York, New York
           December 4, 2025

                                       **TAMMI M. HELLWIG**

                                     **Clerk of Court**

        **BY:** _____

                                     **Deputy Clerk**